UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

BERNARD ANDREW WHITE,　　　　　）
　　　　　　　　　　　　　　　　）
　　　　　Petitioner,　　　　　) Case No. CV 09-1744-R(AJW)
　　　　　　　　　　　　　　　　）
　　　v.　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　）
DERRAL G. ADAMS, et al.,　　　　) JUDGMENT
　　　　　　　　　　　　　　　　）
　　　　　Respondents.　　　　　)
_____)

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed for lack of jurisdiction.

Dated: __April 14, 2009___

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Manuel L. Real
　　　　　　　　　　　　　　　　　　　United States District Judge